

**Wells Fargo Auto**
CPI Payment Program
PO Box 3145
Portland OR 97208-3145

March 22, 2019

*961224411622*

MICHAEL G MALAIER, Bankruptcy Trustee
2122 COMMERCE ST
TACOMA WA 98402-3002

**RECEIVED**

MAR 26 2019

Travis A. Gagnier
Attorney at Law

Subject: Notice of reimbursement related to Wells Fargo* auto loan; 2007 TOYOTA TACOMA

**Borrower(s)/Debtor(s):** JUSTIN DERRICOTT
**Estimated refund amount:** $5,126.43

| | |
|---|---|
| Bankruptcy Case: | 1545459 |
| | WESTERN DISTRICT OF WASHINGTON |
| Bankruptcy Chapter: | Chapter 13 |
| Bankruptcy Case Status: | Open as of 11/25/2015 |
| Trustee: | MICHAEL G MALAIER |

Dear Michael G Malaier, Bankruptcy Trustee:

You are receiving this letter because Wells Fargo records and bankruptcy court case information indicate (1) bankruptcy case 1545459 is open as listed above, and (2) at least one listed borrower is a debtor in this case, and (3) you are the trustee assigned to the case(s).

We recently conducted a review of our Collateral Protection Insurance (CPI) program. CPI is a type of insurance that protects against loss or damage to a vehicle.

We determined that we applied unnecessary CPI charges to the account. The charges associated with the CPI policy(ies) may have adversely affected the account.

**What you need to know**
We confirmed that the following policy(ies) may have been placed unnecessarily:

- CPI Policy QW2739031

A reimbursement will be issued and mailed to you, the trustee assigned to the case.

**What you need to do**
If the above issuance of the check is incorrect, please complete and return the enclosed Payment Instructions Form in the postage-paid envelope within 45 days of the date on this letter. If we do not receive a response, a check will be issued as indicated above.

*The loan may have been serviced under any of the following names: Wachovia Dealer Services, Wells Fargo Dealer Services, or Wells Fargo Auto Finance.

CPI-LTR-013 (01/28/19)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved.
X0063 v.04



**We're here to help**
If you have questions, please call us at 1-888-228-9735, Monday–Friday, 8:00 a.m. to 8:00 p.m. Eastern Time, send an email to info@wellsfargocpipayments.com or visit wellsfargo.com/cpipayments. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

**Estamos aquí para ayudar**
Si tiene preguntas, por favor llámenos al 1-888-228-9735, de lunes a viernes, de 8:00 a. m. a 8:00 p. m. hora del este, envíe un correo electrónico a info@wellsfargocpipayments.com o visite wellsfargo.com/cpipayments. Para los clientes con alguna discapacidad auditiva o del habla, aceptamos las llamadas de servicio de retransmisión de telecomunicaciones.

Sincerely,

*Tammy Johnson*

Tammy Johnson
Senior Vice President
Customer Remediation Center of Excellence
CPI Payment Program

Loan Date: 05/18/2013
Vehicle: 2007 TOYOTA TACOMA
VIN: ending in 61921
Reference Number: 378996
Loan Number: ending in 7011

Enclosure: Payment Instructions Form
Enclosure: Postage-paid envelope

**Please note:** This notice is being provided for informational purposes. As a result of at least one bankruptcy case filing that included account referenced above, Wells Fargo is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THE BORROWER(S)/DEBTOR(S) ABOVE.

CC w/o Enclosures:

Reference Number: 2026829
TRAVIS A GAGNIER
TRAVIS A GAGNIER ATTORNEY AT LAW
33507 9TH AVE S
STE F
FEDERAL WAY, WA 98003-6397

Reference Number: 2021034
JUSTIN DERRICOTT
18419 28TH AVE E
TACOMA, WA 98445-4308

CPI-LTR-013 (01/28/19)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved.

X0064 v.04